## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD ALLEN GERBER** | : | **CIVIL ACTION NO. 1:06-CV-1358** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **GENE FISCHI**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of September, 2006, upon consideration of

defendants' motion to dismiss (Doc. 16), and the report of the magistrate judge

(Doc. 8), to which no objections were filed, recommending that defendants Gene

Fischi ("Fischi") and the Luzerne County District Attorney be dismissed, <u>see</u>

28 U.S.C. § 1915A, and, following an independent review of the record, it appearing

that Fischi has no constitutional or federal duty to supply the information requested

by plaintiff, and that the District Attorney is entitled to absolute immunity for

decisions concerning whether to prosecute, <u>see</u> <u>Kulwicki v. Dawson</u>, 969 F.2d 1454,

1463-64 (3d Cir. 1992); <u>see also</u> <u>Imbler v. Pachtman</u>, 424 U.S. 409, 430-31 (1976)

(stating that the decision to prosecute is at the core of a prosecutor's judicial role

and that absolute immunity adheres to all functions implemented through a

prosecutor's "quasi-judicial" role)), it is hereby ORDERED that:

1.  The report and recommendation of the magistrate judge (Doc. 8) is
    ADOPTED.

2.     The claims against defendants Gene Fischi and the Luzerne County
       District Attorney are DISMISSED.  See 28 U.S.C. § 1915A(b)(1).

3.     Defendants Gene Fischi and the Luzerne County District Attorney are
       DROPPED as parties to the above-captioned case.  See FED. R. CIV. P.
       21.

4.     The motion to dismiss (Doc. 16) is DENIED as moot.

5.     The above-captioned case is REMANDED to the magistrate judge for
       further proceedings.


                          S/ Christopher C. Conner
                         CHRISTOPHER C. CONNER
                         United States District Judge